QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Timothy L. Alger (Bar No. 160303)
Kristen Bird (Bar No. 192863)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 624-7707
Facsimile: (213) 624-0643

Attorneys for Defendants
ROOMMATE.COM, LLC and JOEL PETERS

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
MAR 25 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

Priority
Send         X
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY; FAIR HOUSING COUNCIL OF SAN DIEGO; each individually and on behalf of the general public,

Plaintiffs,

v.

ROOMMATE.COM, LLC; JOEL PETERS, individually and as a manager of ROOMMATE.COM, LLC,

Defendants.

CASE NO. CV03-9386 PA (RZx)

STIPULATION RE AMENDMENT AND RESPONSE TO THE COMPLAINT; [PROPOSED] ORDER

Filing Date: December 22, 2003
Trial Date: None Set

DOCKETED ON CM
MAR 26 2004
BY              072

**STIPULATION**

WHEREAS, Roommate.com, LLC and Joel Peters (together "Defendants") were personally served with the Summons and Complaint in this matter on February 12, 2004;

WHEREAS, the parties agreed by previous stipulation to a 15-day extension of time to respond to the Complaint pursuant to Local Rule 8-3, to March 18, 2004, and this has been the only extension of time in this case;

WHEREAS, counsel for Defendants has informed counsel for Plaintiffs of Defendants' intention to move to dismiss the Complaint for lack of

04177/567780.1

personal jurisdiction, and the parties have met-and-conferred regarding the grounds for this motion pursuant to Local Rule 7-3;

WHEREAS, counsel for Plaintiffs has agreed to consider the arguments and authorities of Defendants relating to personal jurisdiction, and, if appropriate, amend the Complaint, thereby avoiding or narrowing the issues presented in a motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that:

1. Plaintiffs may amend their Complaint on or before April 2, 2004, and Defendants will respond, by answer, motion, or otherwise, to any amended complaint on or before April 22, 2004; and

2. If Plaintiffs elect not to amend their Complaint, they will inform Defendants of this on or before April 2, 2004, and Defendants will respond, by answer, motion, or otherwise, to the original Complaint on or before April 22, 2004.

DATED: March 18, 2004

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By _____
Timothy L. Alger
Attorneys for Defendants
ROOMMATE.COM, LLC and JOEL PETERS

DATED: March 18, 2004

LAW OFFICES OF GARY RHOADES

By _____
Gary W. Rhoades
Attorney for Plaintiffs FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY and FAIR HOUSING COUNCIL OF SAN DIEGO

## [PROPOSED] ORDER

Good cause having been shown, it is ordered as follows:

1. Plaintiffs may amend their Complaint on or before April 2, 2004, and, if they do so, Defendants will respond, by answer, motion, or otherwise, to any amended complaint on or before April 22, 2004; and

2. If Plaintiffs elect not to amend their Complaint, they will inform Defendants of this by letter on or before April 2, 2004, and Defendants will respond, by answer, motion, or otherwise, to the original Complaint on or before April 22, 2004.

IT IS SO ORDERED.

DATED: 3/23/04

_____
Percy Anderson
United States District Court Judge

## PROOF OF SERVICE
1013A(3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES,

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 865 S. Figueroa Street, 10th Floor, Los Angeles, California 90017.

On March 18, 2004, I served the foregoing document(s) described as: **STIPULATION RE AMENDMENT AND RESPONSE TO THE COMPLAINT; [PROPOSED] ORDER** on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

**Gary W. Rhoades**
**Law Offices of Gary W. Rhoades**
**P.O. Box 360465**
**Los Angeles, CA 90036**

_X_ **BY MAIL**

    ____ *I deposited such envelope in the mail at _____, California. The envelope was mailed with postage thereon fully prepaid.

    _X_ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ BY PERSONAL SERVICE I delivered such envelope by hand to the offices of the addressee.

____ BY TELECOPIER By transmitting the above listed document(s) to the fax number(s) set forth on this date.

____ BY FEDERAL EXPRESS by placing the document(s) listed above in such envelope for deposit with FEDERAL EXPRESS to be delivered via priority overnight service to the persons at the addresses set forth above.

Executed on March 18, 2004, at Los Angeles, California.

____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

__DAVID CLARK__                             _[signature]_
Type or Print Name                                    Signature