**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY; FAIR HOUSING COUNCIL OF SAN DIEGO,

Plaintiffs,

v.

ROOMMATE.COM, LLC,

Defendant.

No. CV 03-9386 PA (RZx)

JUDGMENT

In accordance with the Court's November 7, 2008 Minute Order on the cross-motions for summary judgment filed by plaintiffs Fair Housing Council of San Fernando Valley and Fair Housing Council of San Diego ("Plaintiffs") and defendant Roommate.com, LLC ("Roommate"), the Court's November 20, 2008 Order granting the parties' stipulation to vacate the trial on damages and dismiss Plaintiffs' fourth claim, the January 19, 2009 Order granting the parties' stipulation to dismiss Plaintiffs' fifth claim, and the January 22, 2009 Minute Order granting Plaintiffs' motion for permanent injunction, there are no remaining claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiffs shall have judgment in their favor against Roommate on their first and second claims for relief;

2. Plaintiffs shall recover their costs of suit and reasonable attorneys' fees on their first and second claims;

3. Roommate shall have judgment in its favor against Plaintiffs on Plaintiffs' third claim for relief;

4. Roommate shall recover its costs of suit on Plaintiffs' third claim;

5. Each party shall bear their own attorneys' fees and costs on Plaintiffs' fourth and fifth claims; and

6. Roommate, its officers, agents, servants, employees, and all persons acting in concert with them are permanently enjoined and restrained from:

A. Asking, inquiring, soliciting, prompting, or eliciting information from its users concerning their sex, sexual orientation, or familial status, or its users' preferences concerning those characteristics;

B. Sorting, steering, or matching its users based on their sex, sexual orientation, or familial status, or its users' preferences concerning those characteristics, or making statements indicating an intention to sort, steer, or match its users based on those characteristics or preferences; or

C. Printing, publishing, or displaying information concerning the sex, sexual orientation, or familial status of its users, or its users' preferences concerning those characteristics, obtained by Roommate in response to any question or prompt posed or created by Roommate concerning those characteristics or preferences.

7. Notwithstanding the preceding paragraph 6, this Permanent Injunction does not apply to:

A. Any information concerning the sex, sexual orientation, or familial status of Roommate's users, or preferences concerning those characteristics, if that information was not provided in response to a question or prompt posed or created by Roommate concerning those characteristics, including in the "Additional Comments" as that section of Roommate's service is currently configured; or

B. Making available to Roommate's users neutral tools, including a free-text search or user-defined criteria to limit or sort information, so long as Roommate does not prompt, suggest, or otherwise facilitate searches or filters based on its users' sex, sexual orientation, or familial status, or its users' preferences concerning those characteristics.

The Clerk is ordered to enter this Judgment.

DATED: January 27, 2009

Percy Anderson
UNITED STATES DISTRICT JUDGE