UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 03-9386 PA (RZx) | Date | May 23, 2012 |
|---|---|---|---|
| Title | Fair Housing Council of San Fernando Valley, et al. v. Roommate.com, LLC | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS

      The Court has received the Ninth Circuit's Mandate. In its Opinion, the Ninth Circuit ordered this Court to enter a Judgment in favor of defendant Roommate.com, LLC. The Court orders the parties to meet and confer, no later than June 1, 2012, concerning the preparation and submission of a proposed Judgment. If the parties are able to agree on the form of a proposed Judgment, they shall file with the Court a stipulation and proposed Judgment no later than June 5, 2012. If the parties are unable to agree to the form of a proposed Judgment, Roommate.com, LLC shall submit its proposed Judgment by June 5, 2012. Plaintiffs shall then have until June 12, 2012 to submit their objections to the form of Roommate.com, LLC's proposed Judgment.

      IT IS SO ORDERED.