TIMOTHY L. ALGER (SBN 160303)
TAlger@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY; FAIR HOUSING COUNCIL OF SAN DIEGO, individually and on behalf of the GENERAL PUBLIC,<br><br>        Plaintiffs,<br><br>   v.<br><br>ROOMMATE.COM, LLC,<br><br>        Defendant. | Case No. CV 03-09386 PA (RZx)<br><br>STIPULATED SUBMISSION OF [PROPOSED] JUDGMENT |

1      Pursuant to the Court's minute order of May 24, 2012, Defendant

2 Roommate.com, LLC and Plaintiffs Fair Housing Council of San Fernando Valley

3 and Fair Housing Council of San Diego have met and conferred and jointly lodge

4 with the Court a form of proposed Judgment, a copy of which is attached hereto.

5 DATED: June 5, 2012          PERKINS COIE LLP

6

7                                By:

8                                Timothy L. Alger

9                                Counsel for Defendant Roommate.com, LLC

10

11 DATED: June 5, 2012          BRANCART & BRANCART

12

13                                By: Elizabeth N. Brancart

14                                Elizabeth N. Brancart

15                                Counsel for Plaintiffs Fair Housing

16                                Council of San Fernando Valley and Fair Housing Council of San Diego

17

18

19

20

21

22

23

24

25

26

27

28

          STIPULATED SUBMISSION OF [PROPOSED] JUDGMENT